```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO.  15-60421-CIV-ZLOCH
```

CARLOS J. MOCZA,

       Plaintiff,

vs.                                  **O R D E R**

AEROSPACE PRECISION METALS,
INC., et al.,

       Defendants.
_____/

THIS MATTER is before the Court upon the Motion For Leave To Withdraw As Counsel For Timothy Muldoon (DE 31), filed herein by Jonathan Pollard, Esq.  The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

By the instant Motion (DE 31), Jonathan Pollard, Esq., Counsel for Defendants Aerospace Precision Metals, Inc., Tina Muldoon, and Timothy J. Muldoon, moves to withdraw as Counsel of Record for Defendant Timothy J. Muldoon.  The Court notes that Defendants Timothy and Tina Muldoon are undergoing divorce proceedings, and Mr. Pollard indicates that he cannot continue representing both Parties.  However, he seeks to remain Counsel of Record for the remaining Defendants.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Motion For Leave To Withdraw As Counsel For Timothy Muldoon (DE 31), filed herein by Jonathan

Pollard, Esq., be and the same is hereby **GRANTED**. Jonathan Pollard, Esq., and the law firm of Jonathan Pollard, LLC, be and the same are hereby relieved of all further responsibility in the representation of Defendant Timothy J. Muldoon. Mr. Pollard shall remain as Counsel of Record for Defendants Aerospace Precision Metals, Inc., and Tina Muldoon in the above-styled cause.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___25th___ day of August, 2015.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record