UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-60421-CIV-WJZ

CARLOS J MOCZA and all others similarly )
situated under 29 U.S.C. 216(b), )
 )
       Plaintiff, )
vs. )
 )
AEROSPACE PRECISION METALS, INC., )
TINA D MULDOON, )
TIMOTHY J MULDOON, )
 )
       Defendants. )
_____ )

## NOTICE OF SETTLEMENT

The Plaintiffs, by and through the undersigned, hereby notice the Court that the above-captioned matter has been settled as to all Parties pursuant to an amicable resolution among the Parties.

       Respectfully submitted,

       J. H. ZIDELL, P.A.
       ATTORNEYS FOR PLAINTIFF
       300-71ST STREET, SUITE 605
       MIAMI BEACH, FLORIDA 33141
       305-865-6766
       305-865-7167

       By:_s/ Rivkah F. Jaff, Esq. ___
          Rivkah F. Jaff, Esquire
          Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 10/16/15 TO:**

**NATHAN M. SAUNDERS, ESQ.
JONATHAN POLLARD, LLC
401 E. LAS OLAS BLVD. #1400
FORT LAUDERDALE, FL 33301
PH: (954) 332-2380
FAX: (866) 594-5731
EMAIL: NSAUNDERS@POLLARDLLC.COM**

**BY:__/s/____Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**