```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 15-60421-CIV-ZLOCH
```

CARLOS J. MOCZA and all others
similarly situated under
29 U.S.C. 216(b),

      Plaintiff,

vs.                                         **FINAL ORDER OF DISMISSAL**

AEROSPACE PRECISION METALS, INC.,
TINA D. MULDOON, and TIMOTHY J.
MULDOON,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Motion For Court Approval Of Settlement Agreement And Stipulated Dismissal With Prejudice (DE 35), filed herein by all Parties. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Joint Motion For Court Approval Of Settlement Agreement And Stipulated Dismissal With Prejudice (DE 35) be and the same is hereby **GRANTED**;

    2. Pursuant to <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreement (DE 14-1) has been reviewed by the Court and the same is hereby approved, adopted and ratified by the Court;

    3. The above-styled cause be and the same is hereby **DISMISSED**

with prejudice;

    4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

    5. The Court will retain jurisdiction solely for the purpose of enforcing the Parties' Settlement Agreement (DE 35-1).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __22nd__ day of October, 2015.

*/s/ William J. Zloch*
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record